# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KENDRICK C. STORY                                                                                           PLAINTIFF
ADC #109934

V.                             NO: 5:12CV00278 SWW/HDY

RAY HOBBS *et al.*                                                                DEFENDANTS

## **ORDER**

Plaintiff filed this *pro se* action on July 23, 2012, and service was ordered. On August 30, 2012, the summons was returned unexecuted as to Defendant Judith Savoy (docket entry #17). Service had been attempted in the care of the Arkansas Department of Correction ("ADC"), but was returned because Savoy is not an ADC employee. However, it appears that Savoy may be employed by the prison's medical contractor. Accordingly, service will be attempted in the care of counsel for the contractor.

IT IS THEREFORE ORDERED THAT service is appropriate for Savoy, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #9), this order, and summons, upon Savoy, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

DATED this __4__ day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE