## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENDRICK C. STORY                                                                                             PLAINTIFF
ADC #109934

V.                                            NO: 5:12CV00278 SWW

RAY HOBBS *et al.*                                                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in accordance with 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment (docket entries #65 & #70) are GRANTED, and Plaintiff's complaint is DISMISSED.

2. Plaintiff's complaint is DISMISSED WITH PREJUDICE as to his claims regarding his assignment to field work.

3. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE in all other respects.

DATED this 14th day of February 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE